# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 20 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** )<br>vs. )<br>Justin Michael Boyajian ) )| Case No. 1:16CR00072-LJO-SKO-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Justin Michael Boyajian, have discussed with Zaren Craddock, Pretrial Services Officer, modifications of my release conditions as follows:

1. You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-13-16        _____  5-13-16
Signature of Defendant       Date              Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                       5-20-16
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                       5-13-16
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on 5/20/16.
☐ The above modification of conditions of release is *not* ordered.

_____                       5/20/16
Signature of Judicial Officer                 Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services