**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JUSTIN MICHAEL BOYAJIAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00072-2 LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING (See Changed Date)** |
| v. | |
| JUSTIN MICHAEL BOYAJIAN, | Date: **March 12, 2018** Time: **10:00 a.m.** |
| Defendant. | Courtroom: **4** |

**TO: THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, Justin Boyajian, by and through his attorney of record, Anthony P. Capozzi, and the United States Attorney by and through Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 12, 2018, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **April 23, 2018, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on November 30, 2017.

   b. Defense counsel filed Formal Objections to the Presentence Investigation Report on February 26, 2018. (Doc. 57)

c. The Government responded to the Defendant's Formal Objections on March 2, 2018, and a *revised* final Presentence Investigation Report was filed on March 5, 2018. (Docs. 58 and 59)

d. Defense counsel needs additional time to review the Government's response and the *revised* final Presentence Investigation Report.

e. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 7, 2018 By: */s/Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

DATED: March 7, 2018 By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JUSTIN MICHAEL BOYAJIAN

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause, except for the date. There is nothing new or complex about the Government's response, nor the few changes in the PSR. April is too long a continuance.

**IT IS ORDERED** that the sentencing currently scheduled for March 12, 2018, at 10:00 a.m. is continued to **March 26, 2018, at `10:30 a.m.**

IT IS SO ORDERED.

Dated: **March 7, 2018**         */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE