# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JUSTIN MICHAEL BOYAJIAN,<br><br>          Defendant. | Case No. 1:16-cr-00072 JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc.96) |

      Mr. Boyajian was convicted in 2017 of possession of an unregistered firearm (26 U.S.C. 5861(d) and transfer of an unregistered firearm (26 U.S.C. § 5861(d). (Doc. 67) The Court sentenced him to 71 months in prison on each charge, to be served consecutively, and 36 months of supervised release. *Id*. at 2, 3. While the matter was pending and before he reported to serve his sentence, Mr. Boyajian was accepted into and completed the eight-month Fresno City College Fire Academy. (Doc. 96) In this training, Mr. Boyajian excelled and made the Dean's List. *Id*.

      Mr. Boyajian reports that he served 39 months in prison and then, when the COVID pandemic hit, he was released to home confinement. (Doc. 96 at 1) While in custody, he took classes offered at the prison, including college courses. *Id.* He fully complied with the rules of the prison and had no violations. *Id*. After 9 months on home confinement, Congress passed the First Step Act, which resulted in him receiving a one-year reduction in his sentence. *Id*. He then began

supervised release in June 2022. *Id*.

Mr. Boyajian worked in his father's business and then was hired by CalFire in March 2022 in a temporary position. (Doc. 96 at 1) Within months, he was hired into a full-time firefighting position. *Id*. It appears Mr. Boyajian has done very well and has become an important and contributing member of his community. He now owns his own home and car and works at least 40 hours per week at a job he loves. *Id*. at 2.

Most striking is that at the time Mr. Boyajian was interviewed in connection with the presentence investigation, he blamed others and contended he had been entrapped and enticed into the crime. (Doc. 55 at 8; Doc. 55-1 at 1) Now, he fully admits the mistakes that lead to his criminal convictions. (Doc. 96 at 2) He "holds [himself] accountable for [his] crime" and states, "I've worked too hard to get here, there's no way I would do anything to ruin that and end up in prison again." The Court believes him.

The government has similar confidence in Mr. Boyajian and does not oppose the early termination of his supervised release. (Doc. 104) Mr. Boyajian's probation officer, Marrissa Frazure, reports that she has no objection to early termination of supervised release. She reports that he had had "no known violations to date, has satisfied all treatment conditions, and has been on Low Risk Supervision since October 2022."

The Court acknowledges its discretion to terminate supervision early in this case. In considering the motion, the Court notes, first, that the underlying offense was quite serious and dangerous. However, the significant changes Mr. Boyajian has made and the commitment he has shown to remaining a contributing member of society, convinces the Court that the public would be adequately protected if supervision were terminated early and that the interests of justice warrant the relief sought here. Thus, after considering all of the § 3553(1) and § 3583(e)(1) factors, the motion for early termination of supervised release is **GRANTED**.

IT IS SO ORDERED.

Dated:   **November 21, 2023**

UNITED STATES DISTRICT JUDGE